91 A.3d 101

SENEX EXPLOSIVES, INC., Appellee

v.

COMMONWEALTH of Pennsylvania, Appellant.

Senex Explosives, Inc., Appellant

v.

Commonwealth of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

April 28, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of April, 2014, the Orders of the Commonwealth Court are AFFIRMED.